IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Jeff Becker, Individually, and as Administrator for the Estate of Pamela Becker, deceased, | ) ) ) | C.A. No. 8:07-716-HMH |
| Plaintiff, | ) ) ) | **OPINION AND ORDER** |
| vs. | ) ) | |
| Estes Express Lines, Inc., and Oliver Mitchell, | ) ) ) | |
| Defendants. | ) | |

    Jeff Becker, Individually, and as Administrator for the Estate of Daniel Becker, is ordered to inform the court of the citizenship of the decedent because "the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same States as the decedent . . . ." for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. 28 U.S.C. § 1332(c)(2). Further, Estes Express Lines, Inc. ("Estes Express") is ordered to inform the court of its principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332(c)(1). The parties are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 2, 2007