IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Jeff Becker, Individually, and as Administrator for the Estate of Pamela Becker, deceased, | ) ) ) ) | C.A. No. 8:07-716-HMH |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| Estes Express Lines, Inc., and Oliver Mitchell, | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the Plaintiff's request for additional time within which to respond to the Defendant's partial motion for summary judgment which was filed on January 31, 2008. Defendant consents to the requested extension. Because of the Defendant's consent and because the requested extension is slight, the court does hereby grant the extension. Plaintiff is hereby allowed up to and including February 29, 2008 to respond to the Defendant's partial motion for summary judgment which was filed on January 31, 2008.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the Plaintiff is hereby granted up to and including February 29, 2008 within which to respond to the Defendant's partial motion for summary judgment.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　s/Henry M. Herlong, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

Greenville, South Carolina
February 5, 2008

| WE SO MOVE: | WE SO CONSENT: |
|---|---|
| s/ Robert E. Hoskins | s/ Kurt Rozelsky |
| Robert E. Hoskins, Esq. | Kurt Rozelsky, Esq. |
| Foster Law Firm, L.L.P. | Leatherwood Walker Todd & Mann |
| Attorneys for Plaintiff | Attorneys for Defendants |